# EXHIBIT 1

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**USPS CERTIFIED MAIL™**



**9214 8901 1251 3410 0004 3136 80**

FEMA
PO BOX 10055
HYATTSVILLE, MD 20782

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

**Control Number:** 346447

**Defendant:** FEMA
PO BOX 10055
HYATTSVILLE, MD 20782 US

**County:** Wyoming
**Civil Action:** 25-M55C-00100
**Certified Number:** 9214890112513410004313680
**Service Date:** 9/22/2025

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

Kris Warner
Secretary of State

# IN THE MAGISTRATE COURT OF <u>WYOMING</u> COUNTY, WEST VIRGINIA

**Amy Michelle Mullins**
**2517 McGraws Road**
**PO Box 36**
**McGraws, WV  25875**

v.

**FEMA**
**PO Box 10055**
**Hyattsville, MD  20782**

*Name & Address of plaintiff's attorney, if applicable:*

Case No:  25-M55C-00100

---

**CIVIL SUMMONS**                     **\*Secretary of State\***

---

In the name of the State of West Virginia, <u>FEMA, Dave Blankenship</u> as defendant(s) named in the above-styled civil action, you are hereby summoned to appear before or make answer to the **Wyoming County Magistrate Court at Courthouse Annex, 44 Cedar Street, P.O. Box 1500, Pineville, WV 24874** within 30 days from the date you receive service of this summons. If you fail to appear or otherwise answer, judgment by default may be taken against you for the relief demanded in the complaint.

*Jessica K. Daniels*

Magistrate Court Clerk *(sign and affix court seal)*                     9/19/2025

                                                             Date

NOTICE:  Any party in a civil action seeking over $20.00 or possession of real estate has the right to elect that the case be tried by a jury. You must give <u>written</u> notice to the magistrate court either 20 days from when the first timely answer to the complaint is made or 5 days from when service of the summons and complaint is made for unlawful entry or detainer actions. If you do not notify the magistrate court within the appropriate time period, you give up your right to a jury trial. The jury fee will be assessed against the losing party if the case is tried by a jury or may be prorated between the parties if the case is settled before trial.

**(OPTIONAL) NOTICE OF ELECTION:**  As defendant in the above action, I wish to have a jury trial.

_____        _____
             Signature                                      Date

**NOTICE:**  Any person involved in court proceedings who has a disability and needs special accommodation should inform the court sufficiently in advance so that arrangements can be made if possible.

---

## SERVICE OF PROCESS
*(To be completed ONLY by a process server when the method of service is personal service.)*

**METHOD OF SERVICE** *(check one):* A. ☐ Defendant was served in person.   B. ☐ Defendant was not found.   C. ☐ Substituted personal service; the defendant was not found at his/her usual place of abode, so a copy of the summons and complaint was delivered and the purpose explained to _____, who is a member of the defendant's family above the age of 16.

Service was completed on the ____ day of _____ by delivery of a true written copy of the Summons together with the Complaint by *(check one)*:
A. ☐  Certified Mail
B. ☐  Sheriff's Process Server    _____    _____
                                       Name *(print)*                    Signature
C. ☐  Private Process Server/Credible Person  _____
                                                   Name and Address *(print)*
       I received _____ from the plaintiff for serving the within summons on the defendant.
       Signature from Private Process Server _____    Date _____

STATE OF WEST VIRGINIA, COUNTY OF _____, to-wit:

The foregoing instrument was taken, subscribed and sworn to or affirmed and acknowledged before me this _____ day of _____

Magistrate Court Personnel or Notary Signature: _____    If notary, date commission expires: _____

W.Va. Code §§ 50-4-5, 50-4-10, 50-5-8(a); Mag. Ct. Civ. Rules 3, 10; Cir. Ct. Civ. Rule 4
MCISUMM SCA-M220NP/10-00/UJA Rev. 20180522
Docket Code(s): **MMFSI**

Copy Distribution: ☐ Return    ☐ Defendant
                            ☐ File    ☐ Plaintiff

# IN THE MAGISTRATE COURT OF <u>WYOMING</u> COUNTY, WEST VIRGINIA

**Amy Michelle Mullins**
**2517 McGraws Road**
**PO Box 36**
**McGraws, WV  25875**
v.
**FEMA**
**PO Box 10055**
**Hyattsville, MD  20782**

Case No: **25-M55C-00100**

## ANSWER

I, <u>FEMA</u>, as a defendant in the above case answer the allegations in the complaint by

☐ admitting the matters set forth in the complaint and confessing judgment.

or

☐ denying the matters set forth in the complaint
☐ admitting in part and denying in part the matters set forth in the complaint

and *(if applicable)*

☐ raising defense(s) explained below
☐ asserting a counterclaim explained below
☐ asserting a cross-claim explained below

and further state: _____

_____

_____

_____

_____

_____

Defendant's signature, address and phone number: _____     Date _____

**NOTICE TO DEFENDANT:**  One copy of this answer must be filed with the court and one copy must be mailed or delivered by hand to the attorneys for all other parties or to the parties themselves if they are not represented by attorneys.

### CERTIFICATE OF SERVICE

I, _____, hereby certify that I have served a copy of the above answer on the attorneys for all parties, or if such parties are not represented by attorneys, to the parties themselves on the _____ day of _____,

_____ , ☐ by hand  ☐ by first-class mail to:

Name and address of attorneys or parties served: _____

_____       Signature _____     Date _____

W.Va. Code § 50-4-9; Mag. Ct. Civ. Rules 4, 5, 8, 9
SCA-M224 / 8-94
Docket Code(s):  MCANS / MCCCF / MCRCF / MCCTP

☐ Court File
☐ Plaintiff
☐ Defendant

# INFORMATION SHEET: CIVIL CASE DEFENDANT

## *ANSWER REQUIREMENT:*

As a defendant, you usually must file an answer with the court within 20 days from receiving the complaint and summons (30 days if service is accepted by agent or attorney-in-fact authorized to accept service). If you are a defendant in a case involving wrongful occupation or residential property or unlawful entry or detainer, you must file your answer within 5 days of service of the summons and complaint. You must also provide a copy of your answer to the plaintiff by first-class mail or personally.

## *ANSWER OPTIONS:*

1. *If You CONFESS Judgment* (tell the court you agree to judgment for the plaintiff, without a trial), judgment will be granted in favor of the plaintiff. Any payments or payment schedules must be arranged between you and the plaintiff, but you must pay COURT COSTS TO THE COURT. On the 21st day from the date you confess judgment, the plaintiff has the right to have the Magistrate Court Clerk to take steps to collect in full.

2. *If You DENY or ADMIT the Matters Set Forth in the Complaint* (but do not confess judgment), a trial will be scheduled. If you have a counterclaim, (any claim that you have against the plaintiff within the jurisdiction of magistrate court), it should be stated in the middle section of the answer form (under "and further states"). No fee is required. No reply by the plaintiff is required. The plaintiff's original claim and your counterclaim will be heard at the same trial. You and the plaintiff may still reach an out-of-court settlement before the trial date. If you are one of two or more defendants in a claim involving the same transaction or occurrence, in the same case you may file a cross-claim against another person. Your cross-claim may be included in your answer. You may also file a third-party complaint against someone not named in the complaint against you as being responsible for the plaintiff's damages. A fee for service of process on the third-party may be required, but no filing fee is required.

3. *If you ADMIT IN PART AND DENY IN PART the Matters Set Forth in the Complaint,* a trial will be scheduled. You and the plaintiff may still reach an out-of-court settlement before the trial date.

4. *If you FAIL TO ANSWER,* or defend against the complaint, you will be in default and a judgment by default may be rendered against you by the magistrate. The plaintiff has the right to appear 21 days from service (or 31 days if service is on an agent or attorney-in-fact authorized to accept service) and file an affidavit for default judgment. If the plaintiff fails to file for default judgment within 6 months of service, this case will be dismissed without prejudice. Without prejudice means that the plaintiff would be permitted to file a complaint on the same claim at a later date.

5. *You May ELECT a Jury Trial,* if the claim against you is at least $20 or involves possession of real estate. If you wish to elect a jury trial, you must do so in writing within 20 days after you serve your answer or, in a wrongful occupation and unlawful entry and detainer case, within 5 days after you receive the summons and complaint. The written request is to be sent or delivered to the magistrate court.

SCA-MI 401NP / 7/2013

Docket Code(s):

IN THE MAGISTRATE COURT OF _____ WYOMING _____ COUNTY, WEST VIRGINIA

Name, Address & Phone Number of Plaintiff:

Amy Michelle Mullins
2517 McGraws Rd.
PO Box 36
Mc Graws, WV 25875- (304) 651-9999

Case No. 25-M55C-00100

v.

Name, Address & Phone Number of Defendant

FEMA (Jackie Orban)          Diaster Response Ministries
PO Box 10055                 WV Conference
Hyattsville, MD 20782-8055   (United methodist Church
(267)- 610- 6027             (Dave Blankenship)
                             Delilah Methodist Church
                             Oceana, WV

--- fold here ---                                    --- fold here ---

### CIVIL COMPLAINT

The above-named plaintiff or __Amy M. Mullins__, on behalf of the plaintiff acting in the capacity

of _____, alleges the following as true and accurate *[give a clear and simple statement of the claim against*

*the defendant(s)]:* after flooded (2-15-2025), I filed FEMA (3-21-25)
then they come to my house (4-9-25) to clean up and remove
all insolations, all under pinnings of double wide house then they

and requests the following relief from the court: said will come back on 6-21-2025 and
never come back to finish all repairs/clean-up.
Dave Blankenship sent text and screenshot of receipt.
to 1,487 - $2,000 to buy Materials.

Amy M. Mullins
_____          9-19-2025
Signature                          Date

**NOTICE:** Any party in a civil action seeking over $20.00 or possession of real estate has the right to elect that the case be tried by a jury. You must give <u>written</u> notice to the magistrate court either 20 days from when the first timely answer to the complaint is made or 5 days from when service of the summons and complaint is made for unlawful entry and detainer actions. If you do not notify the magistrate court within the appropriate time period, you give up your right to a jury trial. The jury fee will be assessed against the losing party if the case is tried by a jury or may be prorated between the parties if the case is settled before trial.

**(OPTIONAL) NOTICE OF ELECTION:**
As plaintiff in the above action, I wish to have a jury trial.

_____          _____
Signature                          Date

**NOTICE:** Any person involved in court proceedings who has a disability and needs special accommodations should inform the court sufficiently in advance so that arrangements can be made if possible.

W.Va. Code §§ 50-4-1, 50-5-8(a); Mag. Ct. Civ. Rules 2, 6A

SCA-M207 / 10-94
Docket Code(s): ($MCIC0 | $MCIC1 | $MCIC2 | $MCIC3 | $MCIC4)

☐ Return
☐ Defendant
☐ File
☐ Plaintiff