**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

AMY MICHELLE MULLINS,

      Plaintiff,

v.                                      CIVIL ACTION NO. 5:25-cv-713

FEMA,

      Defendant.

## <u>ORDER</u>

On or about September 19, 2025, Plaintiff Amy Michelle Mullins filed a Complaint in the Magistrate Court of Wyoming County. [*See* ECF 1-1]. On December 3, 2025, Defendant United States of America, Department of Homeland Security, Federal Emergency Management Agency ("FEMA") filed a Notice of Removal [ECF 1] removing this matter from the Magistrate Court of Wyoming County, West Virginia. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on April 7, 2026. [*See* ECF 5]. Magistrate Judge Aboulhosn recommended that the Court find Plaintiff has failed to prosecute this action and dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(b). [*Id.* at 4].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the

report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on April 24, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 5**] and **DISMISSES** the matter without prejudice for failure to prosecute pursuant to Rule 41(b).

The Court directs the Clerk to transmit a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 5, 2026

Frank W. Volk
Chief United States District Judge